## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS - BOSTON

| | |
|---|---|
| MANTEJ SINGH,  )<br>)<br>Petitioner,  )<br>v.  )<br>)<br>ANTONE MONIZ,  )<br>Superintendent of the Plymouth County  )<br>Correctional Facility,[1]  )<br>)<br>Respondent.  )<br>) | Civil No. 1:19-cv-12337-ADB<br><br>OPPOSITION TO MOTION FOR A STATUS CONFERENCE AND ALTERNATIVE UNOPPOSED REQUEST TO STAY RESPONSE TO AMENDED PETITION |

On December 20, 2019, Petitioner Mantej Singh moved for a status conference "to appraise the parties of the posture of the case and to schedule additional briefing in light of [the] amended complaint" filed on December 12, 2019.  ECF No. 31 (motion); *see* ECF No. 24 (amended petition for writ of habeas corpus).  As observed in Respondent's reply to Petitioner's opposition to Respondent's initial motion to dismiss, Petitioner's amended complaint "did not challenge the legitimacy of his post-removal detention or sufficiently address Respondent's jurisdictional claims."  ECF No. 28 at 2.  Thus, Respondent does not believe that either a status conference or additional briefing are warranted in this case.  *See* ECF No. 30 (order denying motion for preliminary injunction and staying removal pending the Court's adjudication of Respondent's initial motion to dismiss).

However, to the extent the Court considers a direct response to the amended complaint necessary for the adjudication of this matter, Respondent requests 14 days from the date of such

---

[1] The caption of the case on the docket reflects Petitioner's naming of the defendants in his petition for writ of habeas corpus, Joseph McDonald, Jr., *et al.*  ECF No. 1.  On November 21, 2019, the Court substituted the initial defendants with Antone Moniz, the Superintendent of the Plymouth County Correctional Facility and the immediate physical custodian of Petitioner, as the sole Respondent.  ECF No. 11.

an order to file a response.  *See* Fed. R. Proc. 15(a)(3).  While remaining opposed to dismissal of this action, Petitioner's counsel does not oppose this request for time to the extent it is necessary.

|  |  |
|---|---|
|  | Respectfully submitted, |
| JOSEPH H. HUNT<br>Assistant Attorney General | /s/ Lance L. Jolley<br>LANCE L. JOLLEY<br>Trial Attorney |
| ANTHONY C. PAYNE<br>Assistant Director<br>Office of Immigration Litigation | Office of Immigration Litigation<br>Civil Division, U.S. Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C. 20044-0878<br>Telephone:  (202) 616-4293 |
| Dated: December 26, 2019 | Lance.Jolley@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants

|  |  |
|---|---|
|  | /s/ Lance L. Jolley<br>LANCE L. JOLLEY<br>Trial Attorney |
| Dated: December 26, 2019 | Office of Immigration Litigation |

## L.R. 7.1 CERTIFICATION

On December 23, 2019, I e-mailed opposing counsel to seek their position on the alternative request for 14 days to file any required response.  Ms. Kerry E. Doyle, Esq., counsel for Petitioner, responded that they do not oppose this request.

|  |  |
|---|---|
|  | /s/ Lance L. Jolley<br>LANCE L. JOLLEY<br>Trial Attorney |
| Dated: December 26, 2019 | Office of Immigration Litigation |