UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANTEJ SINGH, | )<br>)<br>) |
| Plaintiff-Petitioner, | )<br>)  **No. 1:19-cv-12337-ADB**<br>) |
| v. | )<br>)  **NOTICE TO THE COURT** |
| JOSEPH MCDONALD, JR., et al., | )<br>) |
| Defendants-Respondents. | )<br>) |

**NOTICE TO COURT REGARDING PETITIONER'S
MEMBERSHIP IN NINTH CIRCUIT CLASS ACTION**

As this Court is aware, Petitioner has filed an I-360 Petition for Special Immigrant Juvenile Status. The United States Citizenship and Immigration Services ("USCIS") has issued a receipt for this pending application. See Exhibit A. As such, Mantej has been recognized as a member of the class as part of litigation in the Northern District of the Federal District Court of California encompassing individuals between the ages of eighteen and twenty-one with special findings issued in California at various stages of the adjudication and removal process. *J.L., et al., v. KENNETH T. CUCCINELLI, Director, U.S. Citizenship and Immigration Services*, *et al.*, Civil Action No. 15:18-cv-04914-NC. Mantej has been notified by the Office of Immigration Litigation of his membership in the J.L. class. See Exhibit B.

Pursuant to the Court's order in *J.L.* for Class Members previously in Removal Proceedings and with a motion to reopen pending before the requisite administrative body, the Office of Immigration Litigation ("OIL") must: "(1) ask that Immigration and Customs Enforcement (ICE) [to] join or not oppose [a] . . .motion [to reopen]. [and] (2) within five (5) business days of being informed of such order by Class Counsel, USCIS shall request that ICE refrain from executing the removal order."  See Exhibit C, Class Notification at 4.

Plaintiff-Petitioner is currently awaiting a response from ICE with regard to its position on his pending motion to reopen and whether they will join the motion as they are required to consider under the Northern District of California's order in this matter.  Furthermore, we are also awaiting ICE's decision whether Matej's removal will be delayed in light of the order in *J.L.* and his membership in the relevant class.

Respectfully submitted this 30th day of December 2019,

/s/ Kerry E. Doyle
Kerry E. Doyle, BBO #565648
Graves & Doyle
100 State Street, 9th Floor
Boston, MA 02109
Ph: (617) 542-6400
Fax: (617) 542-6411
kdoyle@gravesanddoyle.com


/s/Paul B. GROTAS
Paul Grotas, Esq.
The Grotas Firm, P.C.
450 7th Avenue, Suite 2303
New York, NY 10123
Tel:917-436-4444
Paul@grotaslaw.com
*Pro Hac Vice*

        and
        */s/ Anthony Drago, Jr.*
        Anthony Drago, Jr.
        Anthony Drago, Jr., P.C.
        35 India St.
        Boston, MA 02110
        Tel: 617-357-0400
        Anthony@adragopc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 30, 2019, a true and correct copy of the Petitioner's Opposition to Respondent's Motion to Dismiss Petition was filed through the Electronic Case Filing (ECF) system and will be served on this day to counsel for Respondent via transmission of Notices of Electronic Filing generated by the ECF system.

        */s/ Kerry E. Doyle*
        Kerry E. Doyle, BBO # 565648
        *Counsel for Petitioner*